UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                          :        CASE NO.: 09-33071-RAM
                                                :
ANAYANSI BARBARA PEREZ,                         :        CHAPTER 7
                                                :
        Debtor.                                 :
_____/                          ADV. CASE NO: 10-02118-RAM


WOLFGANG NOACK AND                              :

RELIANCE PROPERTY MANAGEMENT, :
INC.                                            :
        Plaintiffs,                             :
                                                :
vs.                                             :
                                                :
ANAYANSI BARBARA PEREZ,                         :
                                                :
        Defendant.                              :
_____/

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEFENDANT

Pursuant to 11 U.S.C.§329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named defendant and state as follows:

1.      I will receive $12,000.00 as a retainer in connection with this bankruptcy adversary proceeding case as follows:

$6,000.00    Received on April 24, 2010. The source of the funds was from Anayansi Perez who obtained the funds from friends and family members.

$3,000.00   To be paid on May 24, 2010.  The source of the funds will be from Anayansi Perez who may obtain the funds from friends and family members.

$3,000.00   To be paid on June 23, 2010.  The source of the funds will be from Anayansi Perez who may obtain the funds from friends and family members.

2.      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.

3.      In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the adversary proceeding.

Respectfully submitted this 28th day of May, 2010.

ROBERT A. ANGUEIRA, P.A.
6495 SW 24th Street
Miami, FL 33155
Tel. (305)263-3328
Fax (305)263-6335
e-mail rangueir@bellsouth.net


By _____
ROBERT A. ANGUEIRA
Florida Bar No. 0833241

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via

U.S. mail this 28th day of May, 2010, upon Anayansi B. Perez at 3122 NW 75 Street, Miami, FL

33147 and to Dorothy J Harden at 88101 Overseas Hwy, Islamorada, FL 33036.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of

Electronic Filing on this 28th day of May, 2010, to:


- Robert Sanchez     court@bankruptcyclinic.com

> ROBERT A. ANGUEIRA, P.A.
> 6495 SW 24th Street
> Miami, FL 33155
> Tel. (305)263-3328
> Fax (305)263-6335
> e-mail: rangueir@bellsouth.net


> By_____
>         ROBERT A. ANGUEIRA
>         Florida Bar No. 0833241