ORDERED in the Southern District of Florida on Dec. 30, 2010



_____
Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Anayansi Barbara Perez,   ADV. NO. 10-02118-RAM

    Debtor(s).

CASE NO.: 09-33071-RAM
(CHAPTER 7 CASE)

WOLFGANG NOACK AND
RELIANCE PROPERTY MANAGEMENT, INC.,

    Plaintiff

vs.

ANAYANSI BARBARA PEREZ,

    Defendant
_____/

### AGREED ORDER APPROVING SETTLEMENT
### AND DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

THIS CAUSE came before the Court upon the parties announcing that they have reached a settlement in the above-referenced adversary proceeding and desire to resolve the Third Amended Complaint Objecting to Discharge and to Determine Dischargability of Debt. Wolfgang Noack ("Noack"), Reliance Property Management, Inc. ("Reliance"), and Anayansi Perez ("Perez").

**AGREED ORDER - Page 1**

IT IS THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. Perez will truthfully testify on behalf of Noack and/or Reliance in the state foreclosure action in which Noack and Reliance are currently parties (Case No. 2007-CA-1155-K, Sixteenth Judicial Circuit in and for Monroe County, Florida), or in any other claim, case, or other proceeding that Noack and/or Reliance desire Perez's testimony, upon at least ten (10) days written notice to Perez at the following address: 3122 NW 75th Street, Miami, FL 33147; email: (None-Perez does not have email) and to Perez's attorney, Robert A. Anguiera, Esq., 6495 SW 24th Street, Miami, FL 33155, telephone: (305) 263-3328/facsimile: (305) 263-6335; email: robert@rabankruptcy.com.

2. Perez shall keep Noack and Reliance apprized and notified of Perez's current address and contact information (telephone/cell phone number(s), residence address(es), and business address(es), and social security number), by providing same to Noack's and Reliance's attorney, Dorothy J. Harden, Esq., P.O. Box 370441, Key Largo, FL 33037; (305) 852-3533 no later than December 17, 2010, and within five (5) days of any change to Perez's contact information. Perez agrees to accept any subpoena to compel Perez's attendance and testimony and shall not evade same.

3. Perez will pay to Noack's and Reliance's attorney, Dorothy J. Harden, Esq., P.O. Box 370441, Key Largo, FL 33037; (305) 852-3533, the sum of THIRTY SIX THOUSAND DOLLARS AND ZERO CENTS ($36,000.00), payment of which will be made by Perez in 240 equal monthly installments of $150.00, beginning December 17, 2010 and continuing thereafter until paid in full. Perez agrees to make such payments as specified herein regardless of whether she is gainfully employed or not. The parties agree that there

**AGREED ORDER - Page 2**

is no pre-payment penalty.

4. If Perez is more than ten (10) days late with any of the monthly payments as specified above, then Perez agrees to pay Noack and Reliance the total sum of TWO HUNDRED AND TWENTY-NINE THOUSAND DOLLARS AND ZERO CENTS ($229,000.00), plus interest at the rate of ten percent (10%) per annum commencing on the date of default (defined as the eleventh day after any of the monthly payments specified above are due and not paid), until such sum is paid in full.  Noack and Reliance agree that they or their attorney will provide Perez and her attorney notification of any default within two (2) days of any default and the operation of this paragraph by facsimile and email at the addresses set forth above.  A check returned for insufficient funds shall be deemed a non-payment, unless replaced within adequate funds within ten (10) days of the returned check.

5. Noack, Reliance, and Perez agree that the payments contemplated above shall be considered attorney's fees only.  Noack, Reliance, and Perez specifically agree and stipulate that any payments set forth above is not an election of remedies and shall not be construed or considered an election of any of the remedies that Noack and Reliance have or may have in connection with the state court litigation (Case No. 2007-CA-1155-K, Sixteenth Judicial Circuit in and for Monroe County, Florida) or any case, claim or proceeding arising out or related to 17260 Pine Tree Lane, Sugarloaf Key, FL 33042, located at Lot 55, Sugarloaf Shores, Section C, Plat No. 2, according to the plat thereof, as recorded in Plat Book 3, Page 53 of the Official Public Records of Monroe County, Florida, improvements to the property, and any lease, mortgage, note or other document

**AGREED ORDER - Page 3**

or matter related to the property.

6. In the event that Noack or Reliance prevails or reaches any settlement in the state court action (Case No. 2007-CA-1155-K, Sixteenth Judicial Circuit in and for Monroe County, Florida) or any subsequent litigation and receives any judgment (whether or not the judgment is collected) or settlement of any of the matters raised in the state court action, then the required monthly payments described in paragraph 3 above will cease immediately and any remaining amount of the sum specified above then left outstanding at such time shall be forever discharged and Perez need not pay same. Noack and Reliance agree to notify Perez and her attorney of the operation of this paragraph to Perez at the following address: 3122 NW 75th Street, Miami, FL 33147; email: (None-Perez does not have any email) and to Perez's attorney, Robert A. Anguiera, Esq., 6495 SW 24th Street, Miami, FL 33155, telephone: (305) 263-3328/facsimile: (305) 263-6335; email: robert@rabankruptcy.com.

7. Under the terms of the settlement, the foregoing amounts described in paragraph 4 of this agreement will not be discharged in Perez's Chapter 7 case (Case No.: 09-33071-RAM) or any other future bankruptcy case in which Perez is a party, and the Bankruptcy Court shall retain jurisdiction over Perez and the parties to enforce the terms of this Order and the settlement agreement. The parties agree that the defaulting party shall pay any and all reasonable attorney's fees and costs to the non-defaulting party to enforce the terms of this agreement.

8. This adversary proceeding shall be dismissed with prejudice.

**AGREED ORDER - Page 4**

Submitted by:

DOROTHY J. HARDEN, ESQ.
88101 Overseas Highway
Islamorada, Florida 33035
Mailing address: PO Box 370441
Key Largo, Florida 33037
Tel. (305) 853-3533
Fax (305) 853-3534
e-mail: barristerlady@aol.com
Copies furnished to:
Dorothy J. Harden, Esq.
Robert A. Angueira, Esq.

(Attorney Dorothy Harden is directed to serve copies of this Order upon the Debtor, Debtor's attorney, and to file a Certificate of Service with the Court confirming such service.)

AGREED AS TO FORM:

_[signature]_
Robert A. Anguiera, Esq.
Florida Bar No. 0833241

_[signature]_
Dorothy J. Harden, Esq.
Florida Bar No. 0033571

**AGREED ORDER - Page 5**

AGREED AS TO FORM AND SUBSTANCE:


ANAYANSI BARBARA PEREZ

_____ [signature]

__12-27-10__ [date]


      SWORN TO AND SUBSCRIBED TO BEFORE me the undersigned notary public on this __27th__ day of __December_____, 2010, by __Michelle Rodriguez, Legal Assistant__ (name and title).

_____
Notary Public in and for the State of Florida


____ Personally Known    PG20-002-68-758-0
__✓__ Identification Produced/__License_____(Type and Number)


My commission expires:

                              NOTARY PUBLIC-STATE OF FLORIDA
_____      Michelle Rodriguez
                                  Commission # DD748177
                                  Expires: JAN. 13, 2012
                             BONDED THRU ATLANTIC BONDING CO., INC.


**AGREED ORDER - Page 6**

WOLFGANG NOACK

_____ [*signature*]

Dec. 29- 2010 [*date*]

SWORN TO AND SUBSCRIBED TO BEFORE me the undersigned notary public on this __29th__ day of __December_____, 2010, by __Wolfgang Hans Noack_____ (name and title).

_____
Heather Vallee
Notary Public in and for the State of Florida

____ Personally Known
_X_ Identification Produced/ FL DL N200 688 59 247 (Type)

My commission expires:

2/12/12

HEATHER VALLEE
Notary Public - State of Florida
My Commission Expires Feb 12, 2012
Commission # DD 758163
Bonded Through National Notary Assn.

**AGREED ORDER - Page 7**

RELIANCE PROPERTY MANAGEMENT, INC.

_____ [signature]

WOLFGANG NOACK, PRESIDENT [name and title]

Dec. 29-2010 [date]

SWORN TO AND SUBSCRIBED TO BEFORE me the undersigned notary public on this 29th day of December, 2010, by Wolfgang Hans Noack (name and title).

_____
Notary Public in and for the State of Florida

___ Personally Known
_X_ Identification Produced/ FLDL N200 858 59 2470 (Type)

My commission expires:

2/12/12

HEATHER VALLEE
Notary Public - State of Florida
My Commission Expires Feb 12, 2012
Commission # DD 758163
Bonded Through National Notary Assn.

**AGREED ORDER - Page 8**